PROB 12B
(7/93)

Report Date: April 17, 2009

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 20 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Donald Duane Holloway | Case Number: 2:02CR00110-001 |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

| | |
|---|---|
| Date of Original Sentence: 9/19/2002 | Type of Supervision: Supervised Release |
| Original Offense: Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: 4/16/2009 |
| Original Sentence: Prison - 96 Months; TSR - 1 Life | Date Supervision Expires: |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

7.  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Pursuant to U.S. v Stephens, the above request with the offenders consent is being submitted for Your Honors consideration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   4/17/09

Richard B. Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

_April 20, 2009_
Date